**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARA ANN CHERAMIE,<br>Plaintiff,<br>vs.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant | Case No.: 1:26-cv-02739-SKO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412<br><br>(Doc. 17) |

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 17):

IT IS ORDERED that fees and expenses in the amount of $8,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **September 30, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE